```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 09129
   PATRICIA LINDSEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8704

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/18/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CINGULAR                    UNSECURED        NOT FILED          .00           .00
US CELLULAR                 UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED           304.39          .00           .00
CITY OF CHICAGO PARKING     UNSECURED          2234.17          .00           .00
COVENANT MGMT GROUP         UNSECURED        NOT FILED          .00           .00
SBC                         UNSECURED           192.38          .00           .00
HARRIS                      UNSECURED        NOT FILED          .00           .00
IC SYSTEMS                  UNSECURED        NOT FILED          .00           .00
WEST SUBURBAN MEDICAL CE    UNSECURED        NOT FILED          .00           .00
MEDICAL COLLECTION SYSTE    UNSECURED        NOT FILED          .00           .00
ASPIRE                      UNSECURED           940.23          .00           .00
NATIONWIDE ACCEPTANCE CO    UNSECURED        NOT FILED          .00           .00
PARK DANSAN COLLECTIONS     UNSECURED        NOT FILED          .00           .00
RICKENBACKER                UNSECURED        NOT FILED          .00           .00
UNITED COLLECTION BUREAU    UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED          1567.63          .00           .00
SPRINT PCS                  UNSECURED           412.26          .00           .00
COMMONWEALTH EDISON         UNSECURED           498.19          .00           .00
T MOBILE                    FILED LATE             .00          .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       3,484.00                      219.72
TOM VAUGHN                  TRUSTEE                                          16.28
DEBTOR REFUND               REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   236.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09129 PATRICIA LINDSEY
```

```
ADMINISTRATIVE                                              219.72
TRUSTEE COMPENSATION                                         16.28
DEBTOR REFUND                                                  .00
                                      ---------------   ---------------
TOTALS                                        236.00            236.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```